

# Fourth Court of Appeals
## San Antonio, Texas

October 2, 2014

No. 04-14-00237-CR

David A. **RAMIREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 13-07-11311-CR
The Honorable Camile G. Dubose, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Luz Elena D. Chapa, Justice

On May 23, 2014, appellant's court-appointed attorney filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967), in which he asserted there are no meritorious issues to raise on appeal. Appellant was provided a copy of the appellate record and given a deadline of September 2, 2014 to file a pro se brief. Appellant did not exercise his right to file a pro se brief, and the State's brief in reply to counsel's brief is due October 2, 2014.

On September 30, 2014, the State filed a motion for a ninety-day extension of time to file a brief. We **deny** the motion. We **order** the State must file its reply, if any, to counsel's *Anders* brief by **October 13, 2014**. Thereafter, the appeal is subject to being set for submission without an appellee's brief.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of October, 2014.



Keith E. Hottle
Clerk of Court